# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00001-CV

**In re Russell Joseph, Individually and as Executor of the Estate of L.W. Stolz, Jr., Deceased**

### ORIGINAL PROCEEDING FROM FAYETTE COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Russell Joseph has filed an unopposed motion to dismiss his petition for writ of mandamus. In the motion, Joseph represents that the parties have resolved the underlying discovery dispute and that the trial court, accordingly, has vacated the discovery order from which Joseph seeks relief. Because the proceeding is now moot, we grant the motion, vacate our stay of the trial court's order, and dismiss the petition.

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed:   January 16, 2015